# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Ronald A. Collins,                                    Civil No. 07-1565 (RHK/FLN)

             Petitioner,                              **ORDER**

    v.

Timothy Wengler, Warden,

             Respondent.

_____

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated July 6, 2007, all the files and

records, and no objections having been filed to said Report and Recommendation,

      **IT IS ORDERED**:

      1.  The Report and Recommendation (Doc. No. 11) is **ADOPTED**; and

      2.  Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITH**

**PREJUDICE**.

Dated: July 30, 2007

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                  United States District Judge